15660.   SECURITY MUTUAL LIFE INSURANCE CO. *v.* BANKERS
TRUST & AUDIT CO.

BROYLES, C. J.   In a suit upon a policy of life insurance which contains a
provision that "no assignment of this policy shall be binding upon the
company unless it be *filed with the company at its said Home Office*. The
company assumes no responsibility as to the validity of any assign-
ment" (italics ours), where the amended petition, brought by an
alleged transferee for value of the policy, fails to show that the alleged
assignment was ever filed with the insurance company at its home office,
and fails to show any waiver by the company of this provision of the
policy, the petition does not set out a cause of action and should be dis-
missed on general demurrer.   See, in this connection, 4 Joyce on In-
surance (2d ed.), 3976, § 2329; 14 R. C. L. 1005, § 183; *Thomas* v.
*Metropolitan Life Ins. Co.*, 144 *Ga.* 367 (87 S. E. 303).

>   *Judgment reversed.   Luke and Bloodworth, JJ., concur.*
>   DECIDED AUGUST 8, 1924.

Action on insurance policy; from Fulton superior court—Judge
E. D. Thomas.   May 13, 1924.

*E. P. Tuttle, Anderson, Rountree & Crenshaw,* for plaintiff in
error.

*Branch & Howard, E. G. Jackson,* contra.